IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| MILAN NIKOLIC, #107725, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 2:02-cv-002-F |
| | ) |
| BILLY OWENS, *et al.*, | ) |
| | ) |
| Respondents. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1)  The petitioner's Objections to the Magistrate Judge Recommendation (Doc. #60) filed on June 24, 2005 are overruled;

(2)  The Recommendation of the United States Magistrate Judge entered on September 1, 2004 (Doc. #49) is adopted;

(3)  The petition for writ of habeas corpus relief is DENIED, that this case is dismissed pursuant to 28 U.S.C. § 2244(d), and that the costs of this proceeding are taxed against the petitioner.

DONE this 10th day of August, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE